IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS

RE: Michael Scott & Samantha E. Turner         CASE NO.: 4:15-bk-12436 T/G

# MODIFICATION OF CHAPTER 13 PLAN

Come now the Debtors and for their modification to the original or modified Chapter 13 plan state:

1. **PAYMENT TO THE TRUSTEE:**

    THE DEBTORS PROPOSE TO PAY **$ 2,619.00** PER MONTH TO THE TRUSTEE.
    [Indicate how often the Debtor is paid by checking the appropriate box below:]
    ( ) Weekly; ( ) Bi-Weekly; ( ) Semi- Mo; ( ) Monthly or ( ) other
    ( if OTHER, please specify:_____)

2. **THE PLAN LENGTH:** shall remain the same unless otherwise indicated below:

    ( ) Increase plan length to _____ months.
    ( ) Decrease plan length to _____ months.
    Debtor proposes to pay all disposable income into the plan for **not less than the applicable commitment period** (unless unsecured creditors are being paid in full (100%)). The plan length shall not exceed 60 months.

3. **UNSECURED CREDITORS** are to be paid a _____ dividend.

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**
    The following *CHANGES* are to be made to each creditor as set out below:

| **CREDITOR NAME** | **CHANGE IN TREATMENT/CLASSIFICATION** |
|---|---|
| U.S. Bank | Debtors propose that the monthly distribution shall be $703.46 from June 2015 through August, 2015. Beginning September 2015, the regular monthly payment for the long term continuing debt shall be $718.96 per month. |
| Santander Consumer USA Inc. Dba Chrysler Capital | The Debtor has withdrawn the plan filed on November 5, 2015 that proposed to abandon Debtor's interest in the 2014 Dodge Ram to Santander Consumer USA. The Debtor will retain the 2014 Dodge Ram and pay the creditor a monthly payment of $1,377.00 which includes interest at the rate of 4.25% per annum. |

## ADDITION OF SECURED CREDITORS TO THE PLAN:

Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows. Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

| Creditor Name and Address | Net Payoff | Value | Unsecured portion | Int. rate * pd by plan | Monthly payment |
|---|---|---|---|---|---|
| | | | | | |

*If this space is left blank no interest is to be paid.

Please indicate any debts which will extend beyond the length of the plan. Such debts <u>must</u> have a "monthly payment" proposed. Also if the debt is in default, you must provide separately for such default.

## ADDITION OF PRIORITY CREDITORS TO THE PLAN: Such as taxes or wages.

The following creditors are added to the plan and shall be paid as follows:

| Name of Creditor | Per month, If any | Total Debt |
|---|---|---|
| | | |

## ADDITION OF UNSECURED DEBTS: The following unsecured creditors are added to the plan. Each creditor must be classified as a "PRE-" or POST-" petition creditor.

| Name and Address of Creditor | Classification | Amount Owed |
|---|---|---|
| | | |

PRE-PETITION UNSECURED CREDITORS SHALL BE PAID A ___PRO-RATA___ DIVIDEND.
POST-PETITION UNSECURED CREDITORS SHALL BE PAID A _____ DIVIDEND.

UNSECURED CREDITORS SHALL BE PAID AT LEAST AS MUCH AS THEY WOULD RECEIVE UNDER CHAPTER 7.

ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.

DATED:  December 21, 2015   **KNOLLMEYER LAW OFFICE, P.A.**
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760


By:/s/Laura Grimes
  Michael Knollmeyer, AR86-105
  Laura Grimes, AR96-243
  Attorneys for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS

RE:   Michael Scott & Samantha E. Turner                    CASE NO.: 4:15-bk-12436  T/G

# NOTICE OF OPPORTUNITY TO OBJECT TO CHAPTER 13 PLAN

   You are hereby notified that the above captioned Debtor(s) has filed the attached Chapter 13 plan pursuant to 11 U.S.C. Subsec. 706.  Objections to Chapter 13 plan in the case must be filed with the Bankruptcy Court at 300 West Second Street, Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the attorney for the Debtors and Jack Gooding, Trustee, P.O. Box 8202, Little Rock, AR 72221-8202.
    If objections to the Chapter 13 Plan are filed, they will be set for hearing by subsequent notice. If no objections are received, the Petition will be confirmed without further notice or hearing.

CERTIFICATE OF MAILING

   I, the undersigned, hereby certify that copies of the foregoing notice and attached Chapter 13 Plan have been mailed or e-mailed to all creditors whose names and address are set forth below, and to those listed on the attachment:

**KNOLLMEYER LAW OFFICE, P.A.**
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760

By:/s/Laura Grimes                                                      Date:  December 21, 2015
   Michael Knollmeyer, AR86-105
   Laura Grimes, AR96-243
   Attorneys for Debtor(s)

Jack Gooding                                    Internal Revenue Service
P.O. Box 8202                                   P.O. Box 21126
Little Rock, AR 72221-8202                      Philadelphia, PA 19114

Employment Security Division                    U.S. Attorney (Eastern District)
P.O. Box 2981                                   P.O. Box 1229
Little Rock, AR 72203                           Little Rock, AR 72203

Department of Finance and Admn.
Legal Division
P.O. Box 1272
Little Rock, AR 72203

U.S. Bank
4801 Frederica St.
Owensburg, KY 43201

Chrysler Capital
PO Box 961274
Ft. Worth, TX 76161